**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 13-1561**

---

FIDEL ANTONIO VILLANUEVA-ZAMORA,

              Petitioner,

        v.

ERIC H. HOLDER, JR., Attorney General,

              Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals.

---

Submitted:  January 16, 2014      Decided:  January 24, 2014

---

Before GREGORY, WYNN, and FLOYD, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Arturo H. Hernandez, Sterling, Virginia, for Petitioner. Stuart F. Delery, Assistant Attorney General, Shelley R. Goad, Assistant Director, Elizabeth R. Chapman, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fidel Antonio Villanueva-Zamora, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal of the Immigration Judge's decision denying his motion to reopen and rescind his in absentia deportation order. We have reviewed the administrative record and find no abuse of discretion in the denial of relief on Villanueva-Zamora's motion. See 8 C.F.R. § 1003.23(b)(4)(iii) (2013). We accordingly deny the petition for review for the reasons stated by the Board. See In re: Villanueva-Zamora (B.I.A. Mar. 29, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED